## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-106 RSWL (MRW) | Date | March 2, 2020 |
|---|---|---|---|
| Title | Fontalvo v. Sherman | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**         ORDER TO SHOW CAUSE RE: DISMISSAL

1.      This Court ordered Petitioner to provide a supplemental statement explaining the basis of his federal constitutional challenge to his conviction. (Docket # 4.) That order warned Petitioner that failure to respond would result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to FRCP 41(b). Petitioner has not filed a response to date.

2.      As before, the Court could properly dismiss the action on the current record. Nevertheless, in the interests of justice, the Court will give Petitioner an opportunity to explain why he failed to comply with the Court's earlier order and the bases for his defective petition. That response will be due by March 20. No extensions will be considered but for good cause demonstrated.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**